UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:14-CV-730

| | |
|---|---|
| GLENDA S. SIMMONS and CALVIN C. SIMMONS as Co-Guardians and Co-Conservators of their son, BRYAN O'NEIL SIMMONS, and TIFFANY SIMMONS,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CORIZON HEALTH, INC., CORIZON,LLC, B.J. BARNES, in his official capacity as Sheriff of Guilford County, North Carolina, GUILFORD COUNTY, a governmental entity of the State of North Carolina, and THE LOCAL GOVERNMENT EXCESS LIABILITY FUND, INC.,<br><br>*Defendants.* | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS CORIZON HEALTH, INC. AND CORIZON, LLC** |

Defendants Corizon Health, Inc. and Corizon, LLC (collectively the "Corizon Defendants") notify the Court that they have reached a confidential settlement with Plaintiffs that will resolve all claims between them. The Corizon Defendants anticipate that the settlement also will resolve the crossclaims between and among the Corizon Defendants and the remaining Defendants, B.J. Barnes, in his official capacity as Sheriff of Guilford County, North Carolina, Guilford County, a governmental entity of the State of North Carolina, and The Local Government Excess Liability Fund, Inc. (collectively the "County Defendants"), and that the only claims that will remain to be litigated are Plaintiffs' claims against the County Defendants for any alleged acts or omissions independent of the health care delivery system and the Corizon Defendants' provision of medical care at the Guilford County Detention Center. The Corizon

1

Defendants will prepare a motion to stay the proceedings in this case to allow time to finalize the settlement and obtain court approval.

Plaintiffs and Corizon Defendants notified the Clerk's office of this settlement by telephone on January 31, 2017, pursuant to Local Rule 83.3.

Respectfully submitted, this the 6th day of February, 2017

McGuireWoods LLP

BY: /s/ Justin D. Howard
Mark E. Anderson
N.C. State Bar No. 15764
Justin D. Howard
N.C. State Bar No. 31592
Tracy S. DeMarco
N.C. State Bar No. 40104
P.O. Box 27507
Raleigh, NC 27611
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
*Attorneys for Defendants Corizon Health, Inc. and Corizon, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **CORIZON HEALTH, INC. AND CORIZON, LLC'S NOTICE OF SETTLEMENT** was served electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Fred W. DeVore, III
DeVORE, ACTION & STAFFORD, PA
438 Queens Road
Charlotte, NC 28207

*Attorneys for Plaintiffs*

| | |
|---|---|
| William I. Hill | G. Gray Wilson |
| James Demarest Secor, III | Stuart H. Russell |
| FRAZIER HILL & FURY, RLLP | WILSON & HELMS, LLP |
| POD 1559 | 110 Oakwood Dr., Suite 400 |
| Greensboro, NC 27402 | Winston-Salem, NC 27103 |
| whill@frazierlawnc.com | gwilson@wilsonhelms.com |
| jsecor@frazierlawnc.com | srussell@wilsonhelms.com |

*Attorneys for Defendants B.J. Barnes, Guilford County, and The Local Government Excess Liability Fund, Inc.*

This the 6th day of February, 2017

        McGuireWoods LLP

    BY: /s/ Justin D. Howard_____
       Mark E. Anderson
       N.C. State Bar No. 15764
       Justin D. Howard
       N.C. State Bar No. 31592
       Tracy S. DeMarco
       N.C. State Bar No. 40104
       P.O. Box 27507
       Raleigh, NC 27611
       Telephone: (919) 755-6600
       Facsimile: (919) 755-6699
       *Attorneys for Defendants Corizon Health, Inc. and Corizon, LLC*